IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:04-CR-00062-M-3

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTROID GREEN,<br><br>    Defendant. | ORDER |

This matter comes before the court on Defendant's unopposed Motion to Modify Payment Schedule of Fine [DE 325]. Based on the representation of the parties, the court finds as a fact that a "material change in the defendant's economic circumstances" has occurred and that it inhibits his ability to comply with the previously imposed payment schedule. *See* 18 U.S.C. § 3572(d)(3). Therefore, pursuant to § 3572(d)(3), the motion is GRANTED. The remaining balance owed towards the fine shall be paid in installments of $25 per month. This schedule shall continue until further order of the court.

SO ORDERED this 10th day of December, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE